# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 861 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MELANIE EILEEN CRAVENER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.